1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

**SAN FRANCISCO DIVISION**

15

16

17

| | |
|---|---|
| DOREEN EICHELBERGER and FELIPE MONTELLANO, individually and on behalf of others similarly situated, | Case No. 4:13-cv-00260-PJH |
| Plaintiffs, | **[~~PROPOSED~~] ORDER** |
| vs. | |
| HOME DEPOT U.S.A., INC., a Delaware Corporation, and Does 1 through 100, | |
| Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

1    **ORDER**

2           The Court having reviewed the foregoing Stipulation, and good cause appearing

3    therefore:

4           **IT IS HEREBY ORDERED** that all pending hearings and deadlines, including the

5    January 15, 2014 deadline for filing Plaintiffs' motion for class certification, are vacated.

6    If the motion for preliminary approval is not filed by 2/3/14, a status statement shall be filed on that
     day.

7

8    IT IS SO ORDERED.

9

10   Dated:    10/28/13

11   Hon.                      lton
     United                   Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*[Proposed] Order*
2